Case Number : 1:13-cv-13024-DJC
Case Name   : Aronova v. Vinfen, Inc.

Motion to extend to serve Parties

Please, extend to serve the Party Vinfen, Inc.

July 1, 2014

Sincerely, /s/ ARom
Margarita Aronova
90 Mt. Pleasant Avenue
Boston, MA 02119
617.510.8051